CARRIE MOGLIA, Respondent, v. MARYLAND CASUALTY COMPANY (Sued Herein as THE MARYLAND CASUALTY COMPANY OF BALTIMORE), Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.; Smith and Merrell, JJ., dissenting.

CATHERINE J. NUTLEY, as Administratrix, etc., of JOHN NUTLEY, Deceased, Respondent, v. GILLETTE SAFETY RAZOR COMPANY and Another, Appellants.— Order so far as appealed from modified by granting demands 7 and 20, and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ELEANOR J. DEARBORN, as Administratrix, etc., of FRANK A. DEARBORN, Deceased, Appellant, v. JAMES McINTOSH, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

KATHLEEN LINDLEY RICHARDSON, Respondent, v. SALLIE M. PRICE, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CHARLES A. MUNN and Others, Copartners, etc., Plaintiffs, v. W. GORDON McCABE, JR., Individually and Doing Business under the Firm Name and Style of W. GORDON McCABE & COMPANY, Appellant. MARK REARDON, JR., Receiver, Respondent.— Order so far as appealed from modified by reducing the allowance to the receiver as fixed by said order to the sum of $500; and as so modified affirmed, without costs. No opinion.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE R-W REALTY Co., INC., Respondent, v. J. MARION EDMUNDS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of MARGARET V. CONNERS, Respondent, for an Order Canceling and Discharging of Record an Alleged Attorney's Lien, Filed, etc., by WILLIAM L. CLAY, an Attorney, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ADOLPH HIRSCH & Co., INC., Respondent, v. CANADIAN-AUSTRALASIAN ROYAL MAIL LINE, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that there is no proof that the person served was the managing agent of the company. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CURTIS & JONES COMPANY, Respondent, v. THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.